[No. 73897-6-I. Division One. August 8, 2016.]

*In the Matter of the Parenting of* A.C.

MISTY RAE CURRY, *Respondent*, v. CHANDLER HAAKON CLOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-04395-7, Susan H. Amini, J., entered August 12, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Leach, JJ.

[No. 74842-4-I. Division One. August 8, 2016.]

ROBERT REGINALD COMENOUT, SR., *Petitioner*, EDWARD COMENOUT ET AL., *Appellants*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09107-4, G. Helen Whitener, J., entered July 27, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 75233-2-I. Division One. August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS AVALOS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00125-7, Christopher Melly, J., entered March 10, 2015. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.